**\*\*NOT FOR PRINTED PUBLICATION\*\***

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 9:19-CR-00031-RC |
| v. | § |
| | § |
| | § |
| JAMES CARROL WATSON (3) | § |
| | § |

## ORDER ACCEPTING FINDINGS OF FACT AND RECOMMENDATION
## ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Zack Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea and plea agreement. He further recommended that the court adjudge the Defendant guilty on Count One of the Information filed against the Defendant and impose the sentence agreed to by the parties in the plea agreement.

The parties waived their right to object to the magistrate judge's report and recommendation. Therefore, the court can act on the report immediately. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge and the terms of the Defendant's plea agreement are **ACCEPTED**.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, James Carrol Watson (3), is

adjudged guilty as to Count One of the Information charging a violation of 18 U.S.C. § 4 - Misprision of a Felony.

So **ORDERED** and **SIGNED** this **21** day of **May, 2020.**

_____
Ron Clark, Senior Judge